Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Farid Sharaby, State Bar No. 278259
E-Mail: fsharaby@hurrellcantrall.com
HURRELL CANTRALL LLP
300 South Grand Avenue, Suite 1300
Los Angeles, California 90071
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for Defendants, SAMUEL ESTRADA, VICTOR TUNG, and AMELITA ROSAL (erroneously sued as Rosal)

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| RONALD F. MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>SAMUEL C. ESTRADA, VICTOR TUNG, ALAN G. SUYEHARA, AND ROSAL,<br><br>Defendants. | CASE NO. 2:17-cv-03208-JGB-AGR<br><br>[Assigned to Judge Jesus G. Bernal, Courtroom "1"]<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL OF ALL PLAINTIFF'S CLAIMS AGAINST DEFENDANTS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

After full consideration of the parties' stipulation for voluntary dismissal of the claims of plaintiff RONALD F. MARTINEZ against defendants SAMUEL C. ESTRADA, VICTOR TUNG, and AMELITA ROSAL with prejudice, and finding good cause thereto, the Court hereby makes the following Order pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(1):

/ / /

/ / /

/ / /

1. IT IS HEREBY ORDERED that the above-captioned action, *Ronald F. Martinez v. Samuel C. Estrada et al.*, Case No. 2:17-cv-03208-JGB-AGR, brought by Plaintiff RONALD F. MARTINEZ against Defendants SAMUEL C. ESTRADA, VICTOR TUNG, and AMELITA ROSAL is dismissed with prejudice.

2. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: November 5, 2019

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE